No. 78–1412.  JAMES v. UNITED STATES;
No. 78–6369.  SMITH v. UNITED STATES; and
No. 78–6431.  WHITMORE v. UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 78–1414.  ROBESON v. NATIONAL LABOR RELATIONS
BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 78–1420.  GRUMMAN AEROSPACE CORP. v. UNITED
STATES.  Ct. Cl.  Certiorari denied.

No. 78–1444.  DECARLO v. NEW JERSEY.  Super. Ct. N. J.
Certiorari denied.

No. 78–1463.  ARNONE v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 78–1465.  SAHARA-TAHOE CORP. v. NATIONAL LABOR
RELATIONS BOARD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 78–1467.  MIDTAUNE v. UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 78–1474.  FIELDS ET AL. v. UNITED STATES;
No. 78–1480.  DAVIS v. UNITED STATES; and
No. 78–1483.  FRIEDMAN v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 78–1477.  FORMICA CORP. v. LEFKOWITZ ET AL.  C. C.
P. A.  Certiorari denied.

No. 78–1484.  RUBY CO. ET AL. v. UNITED STATES.  C. A.
9th Cir.  Certiorari denied.

No. 78–1491.  UNITED TELECOMMUNICATIONS, INC., FOR-
MERLY UNITED UTILITIES, INC. v. COMMISSIONER OF INTER-
NAL REVENUE.  C. A. 10th Cir.  Certiorari denied.